FORM TO BE USED BY PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

Vlasak    236470
(Last Name)    (Identification Number)
Paul    Joseph
(First Name)    (Middle Name)
South Mississippi Correctional Institute
(Institution)
Area II, B1, B-Zone, Bed 18B
(Address) P.O. Box 1419
Leakesville, MS 39451

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 05 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

CIVIL ACTION NUMBER: 3:24-CV-194-DPJ-ASH
(to be completed by the Court)

Marla Hall

Gratiana Handy

Todd McAlpin

Katie Moulds

VitalCore Health Strategies

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint were you incarcerated?
   Yes (X)    No ( )

B. Are you presently incarcerated?
   Yes (X)    No ( )

C. At the time of the incident complained of in this complaint were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (X)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No (X)

E. At the time of the incident complained of in this complaint were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (X)    No ( )

## PARTIES

I. Name of plaintiff: Paul Joseph Vlasak          Prisoner Number: 236470

Address: South Mississippi Correctional Institute, Area II, B1, B-Zone, Bed 183

P.O. Box 1419

Leakesville, MS 39451

II. Defendant: Marla Hall          is employed as RN, Director of Nursing, VitalCore Health Strategies at Madison County Detention Center

PLAINTIFF:

NAME: Paul Joseph Vlasak

ADDRESS: SMCI, Area II, B1, B-Zone, Bed 183
P.O. Box 1419  Leakesville, MS 39451

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| VitalCore Health Strategies | 719 SW Van Buren St., Ste. 100  Topeka, KS 66603 |
| Gratiana Handy, MCDC Supervisor | 2935 Hwy. 51  Canton, MS 39046 |
| Todd McAlpin, Madison County ADA | P.O. Box 121/3390 N. Liberty St. Ste. B  Canton, MS 39046 |
| Katie Moulds, Madison County ADA | P.O. Box 121/3390 N. Liberty St. Ste. B  Canton, MS 39046 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

**CASE NUMBER 1.**

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

**CASE NUMBER 2**

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

# STATEMENT OF CLAIM

**III.**

On February 14, 2022, the Defendant, Marla Hall, RN, Director of Nursing, employed by VitalCore Health Strategies, LLC, who provides all medical and mental health services for Madison County Detention Center, retaliated against Plaintiff for formally complaining by submitting two grievances and a motion for injunction on Vitalcore and exhausting administrative remedies. The Defendant, Marla Hall, intentionally and knowingly broke Federal law by the unauthorized disclosure of patient confidential psychiatric medical information without the explicit consent of the plaintiff violating Plaintiff's (continued)

# RELIEF

**IV.**

Monetary damages for unauthorized disclosure of confidential medical and psychiatric information, defamation of character, invasion of privacy as well as severe stress and mental anguish suffered from these actions. Punitive damages for these blatant acts of retaliation that violated well established State and Federal rights.

Signed this 3rd day of April, 2024.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

## STATEMENT OF CLAIM

Constitutionally protected right to privacy in violation of the Health Insurance Portability and Accountability Act (HIPAA) and 42 U.S.C.A. § 1320d-6 by emailing an unsubstantiated allegation and unlawfully disclosing Plaintiff's confidential psychiatric medical information to Madison County Detention Center Supervisor Gratiana Handy, who in turn violated Plaintiff's same rights by forwarding the allegation and confidential psychiatric medical information in said email to ADA Todd McAlpin on February 22, 2022. ADA Todd McAlpin continued this chain of blatantly violating Plaintiff's Federally protected rights by sending the same email to ADA Katie Moulds, who was assigned to Plaintiff's unrelated criminal case on April 18, 2022 at 11:28 A.M., vindictively, as this was approximately one hour before Plaintiff's sentencing hearing. ADA Katie Moulds received and used this unsubstantiated allegation and email containing confidential psychiatric medical information. ADA Katie Moulds disclosed the said info to the Circuit Court Judge in open court, therefore continuing this HIPAA violation of Plaintiff's well established rights with total deliberate indifference to said rights. The listed Defendants negligently failed to safeguard Plaintiff's privacy and Federally protected rights pursuant to duty imposed by common law and HIPAA. This destroyed the reputation of the Plaintiff and any consideration for
(continued)

## STATEMENT OF CLAIM

leniency. The Plaintiff then received the maximum sentence allowed, with all counts to be served consecutively, day for day, with no possibility of parole. This excessively harsh sentence was caused by the Defendants' breach of Federally protected rights.