IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAUL JOSEPH VLASAK                                                                                      PLAINTIFF

VERSUS                                                               CIVIL ACTION NO.   3:24-cv-194-DPJ-ASH

MARLA HALL, et al.                                                                                    DEFENDANTS

## ORDER

This matter is before the Court sua sponte. Because Plaintiff paid the $405.00 fee, he is responsible for having the Defendants served with process as required by Rule 4 of the FEDERAL RULES OF CIVIL PROCEDURE. Plaintiff may elect to have the Defendants served with process one of two ways — Summons or Notice of a Lawsuit and Request to Waive Service of Summons. *See* Fed. R. Civ. P. 4 (c) and (d). Plaintiff's failure to have each Defendant properly served with process within 90 days of the date of this Order may result in the dismissal of that Defendant and/or this civil action. *See* Fed. R. Civ. P. 4 (m). Accordingly, it is

ORDERED that the Clerk mail to Plaintiff a copy of Rule 4 of the Federal Rules of Civil Procedure, copy of the General Instructions for Service of Process, five Summons forms, and five Notice of Lawsuit and Request to Waive Service of Summons forms.

SO ORDERED, this the 30th day of May, 2024.

*s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE