AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

PAUL JOESPH VLASAK
*Plaintiff(s)*

v.

Civil Action No. 3:24-CV-00194-DPJ-ASH

MARLA HALL ET AL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
MARLA HALL, RN., DIRECTOR OF NURSING
2935 HWY. 51 MADISON COUNTY DETENTION CENTER.
CANTON, MS. 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
PAUL JOESPH VLASAK # 236470
SMCI - South Mississippi Correctional Institution
AREA II, B-1-B-ZONE BED 183
P.O. Box 1419
LEAKSVILLE, MS. 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: AUG 09 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

PAUL JOESPH VLASAK
_Plaintiff(s)_

v.    Civil Action No. 3:24-CV-194-DPJ-ASH

GRATIANA HANDY, et al
_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

GRATIANA HANDY, MCDC SUPERVISOR (MADISON Co. DETENTION CENTER)
2935 Hwy. 51, CANTON, Ms. 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PAUL JOESPH VLASAK # 236470
SMCI-2-B-1-B-183 (South Mississippi Correctional Institution)
P.O. Box 1419  (AREA II, B-1-B-2 ONE, BED 183)
LEAKSVILLE, MS. 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: AUG 09 2024

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Paul Joesph Vlasak
_____
Plaintiff(s)

v.    Civil Action No. 3:24-cv-00194-DPJ-ASH

Todd McAlpin, et al
_____
Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Todd McAlpin, Assistant District Attorney
P.O. Box 121 - 3390 N. Liberty St. Ste B
Canton, MS. 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Joesph Vlasak #236470
South Mississippi Correctional Institution
Area II, B-1, B-Zone Bed 183
P.O. Box 1419
Leakesville, MS. 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: AUG 09 2024        _____
                         Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Paul Joesph Vlasak
*Plaintiff(s)*

v.

Katie Moulds, et al
*Defendant(s)*

Civil Action No. 3:24-CV-00194-DPJ-ASH

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katie Moulds, Assistant District Attorney
P.O. Box 121 / 3390 N. Liberty St. Ste. B
Canton, MS. 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Joe Vlasak #236470
SMCI-2-B-1-B-183  South Mississippi Correctional Institution
P.O. Box 1419  Area II, B-1
Leaksville, MS. 39451  B-Zone, Bed 183  P.O. Box 1419
Leaksville, MS. 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: AUG 09 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District Court of Mississippi

PAUL JOESPH VLASAK
*Plaintiff(s)*

v.

Civil Action No. 3:24-CV-00194-DPJ-ASH

VitalCore Health Strategies LLC, et al
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

VitalCore Health Strategies Provides Contracts Madison Co.D.
719 SW Van Buren St., Ste. 100     For All Health Care
Topeka, KS 66603                    Services

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Joesph Vlasak #236470
SMCI-2-B-1-B-183 - South Mississippi Correctional Institution
P.O. Box 1419     Area II-B-1, B-Zone, Bed 183
Leaksville, MS. 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: AUG 09 2024

*Signature of Clerk or Deputy Clerk*