UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAUL JOSEPH VLASAK                                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:24-cv-194-DPJ-ASH

MARLA HALL, RN, Director of Nursing; et al.                                                     DEFENDANTS

ORDER

This matter is before the Court on pro se Plaintiff Paul Joseph Vlasak's Letter/Motion [18] requesting "copys [sic] of any previous mailed litigation from the notarized summons." Plaintiff's request is unclear. Because Plaintiff fails to clearly identify what he is asking the Court to do, his Letter/Motion [18] is denied without prejudice. Accordingly, it is

ORDERED that Plaintiff's Letter/Motion [18] is denied without prejudice.

This the 23rd day of April, 2025.

*s/ Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE