DECLARATION OF RUTH LUCERO

Pursuant to 28 U.S.C. § 1746, I, Ruth Lucero, make the following statements under penalty of perjury with respect to the case "Paul Joseph Vlasak v. Marla Hall, et al.," cause no. 3:24-CV-00194-DPJ-ASH, pending in the United States District Court for the Southern District of Mississippi. I have personal knowledge of the matters set forth herein.

1. On March 28, 2025, I received an envelope mailed to VitalCore Health Strategies, LLC containing the attached summons and executed proof of service forms.

2. The envelope did not contain a copy of a complaint.

I declare under penalty of perjury under the laws of the United States of America that the statements made herein are true and correct to the best of my knowledge and belief.

Executed on April 25, 2025.

Ruth Lucero