IN THE UNITED STATES DISTRICT COURT
FOR THE Southern District OF Mississippi
Northern Division

PAUL JOESPH VLASAK                                PLAINTIFF

V.                                                CAUSE No. 3:24-CV-194-DPJ-ASH

MARLA HALL; et al.                                DEFENDANTS

## MOTION OBJECTING TO VITAL CORE HEALTH STRATEGIES MOTION TO QUASH PURPORTED SERVICE OF PROCESS AND DISMISS ACTION

COMES NOW, Plaintiff PAUL JOESPH VLASAK, Pro-Se AND MOVES THIS HONORABLE COURT TO DENIE WITH PREJUDICE THE ABOVE STYLED MOTION Filed APRIL 18, 2025 IN THIS COURT BY VITAL CORE who is BEING REPRESENTED BY Michael Chase, Mississippi BAR #8622, EMPLOYED with THE Law Firm OF Mitchell, McNutt + Sams PA, Tupelo, Mississippi 38802. IN SUPPORT OF THIS MOTION PLAINTIFF Would Show AS Follows:

1.) Plaintiff PAUL Joesph VLASAK Commenced This Action APRIL 5th, 2024.

2.) ON FEBRUARY 18, 2025 This Honorable Court ISSUED AN ORDER THAT DENIED Plaintiff REQUEST OF SERVICE BY UNITED STATES MARSHALL SERVICE FOR SERVING SUMMONS.

3) THE COURT GRANTED Plaintiff A 60 DAY EXTENSION OF TIME FROM DATE OF ORDER TO SERVE EACH DEFENDANT, i.e. MARLA HALL, GRATIANA HANDY AND VITAL CORE HEALTH STRATEGIES with The COURT ISSUED SUMMONS AND A COPY OF THE CIVAL COMPLAINT AS PROVIDED BY FEDERAL Rules OF CIVIL PROCEDURE, RULE 4.

4.) Plaintiff Pro-Actively Requested legal assistance to have a 3rd party outside witness by requesting Paralegal Mitzi Maglery to go to Post Office and pay for Certified mail then she placed in mail this Certified Mail that Included: This Court Issued (Summons with Proof of Service) and a (Copy of This Civil Complaint Filed April 5th, 2025).

The Summons and Complaint was sent to VitalCore, 719 SW Van Burren St., Ste. 100, Topeka, Ks. 66603. Also sent Summons and Complaint to Maria Hall RN. Director of Nursing @ MCDC 2935 Hwy 51, Canton, MS. 39046. And to Defendant Gratiana Handy, MCDC Supervisor 2935 Hwy 51, Canton, MS 39046. This was mailed on March 22, 2025.

5.) The petitioner submits that each defendant was served with Summons and provided a copy of this Civil Action Filed April 5th, 2025.

Plaintiff hereby submits into evidence a sworned affidavit that was true and correct under the penalty of perjury to this Honorable Court, See: Exhibits "A";

Also Plaintiff enters into evidence a United States Postal Certified mail reciept for each of the 3 Defendants, See: Exhibit (B).

Wherefore Plaintiff Paul Joesph Vlasak Respectfully ask this Honorable Court to Dismiss VitalCore Motion to Quash and Dismiss action with Prejudice. Paralegal Mitzi Maglesh has 35 years exp. and her sworn affidavit with the Postal Certified mail reciept. She is well aware of the Federal Rules of Civil Procedure Rule 4, and Rule 12, and a Copy of This Civil Complaint was attached to Summons For each seperate defendant. Plaintiff ask this Court to Issue a order to these 3 defendants within 21 days they must answer to this Complaint by mailing Plaintiff there responses in the S.A.S.E.

Respectfully Submitted
Paul J. Vlasak
Paul Joesph Vlasak, Plaintiff Pro-Se

Sworn and Subscribed Before Me This 7th day of May 2025.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 198726 MELONIE M. CLARK Commission Expires March 11, 2028 GREENE COUNTY]

_____
Notary

PRO-SE Counsel
Paul Joesph VLASAK, Plaintiff
236470 @
South Mississippi Correctional Facility
Area II, B-1-A
P.O. Box 1419
Leaksville, Ms. 39451

## CERTIFICATE OF SERVICE

I CERTIFIE THAT ON THIS DATE I SENT BY UNITED STATES 1st class Mail A REQUEST TO CLERK OF THIS COURT, THE FOREGOING MOTION THAT INCLUDED Exhibits A + B., i.e., AFFIDAVIT OF SERVICE BY CERTIFIED Mail, THE CERTIFIED Mail RECEIPT, FROM POST OFFICE, A COPY OF THIS Complaint, Filed ON 04-05-2024, THE Filed stamp AND SEAL OF EACH Summons REQUESTING CLERK TO File STAMP EACH ATTACHED DOCUMENT. SENT BY U.S. 1st class Mail THE ABOVE TO EACH SEPARATE DEFENDANTS AS Follows:

1.) TO UNITED STATES DISTRICT COURT CLERK, 501 E. COURT ST., STE. 2.500, Jackson, Ms. 39201.
2.) TO Michael Chase, Counsel For VitalCore, P.O. Box 7120, Tupelo, MS. 38802,
3.) VitalCore Health Strategies, 719 SW VAN Buren St., STE. 100, Topeka, Ks. 66603.
4.) Marla Hall, RN, Director of Nursing @ MCDC 2935 Hwy. 51, Canton, Ms. 39046
5.) Grattinna Handy, MCDC Supervisor, 2935 Hwy 51, Canton, Ms. 39046

THE ABOVE DOCUMENTS WAS RECORDED with (ILAP), Inmate Legal Assistance Program To EACH SEPARATE DEFENDANT who Notarizes AND Mail THE ABOVE.

This 7th DAY OF MAY 2025.

_Paul J. Vlasak_, PRO-SE. 04-07-2025
PLAINTIFF Paul Joesph VLASAK.