IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAUL JOESPH VLASAK                                    PLAINTIFF

V.                                                    CAUSE No. 3:24-cv-194-DPJ-ASH

MARLA HALL, ET AL.                                    DEFENDANTS

---

**REBUTTAL IN SUPPORT OF PLAINTIFF PAUL VLASAK'S MOTION OBJECTING TO DEFENDANT GRATIANA HANDY'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**

COMES NOW Plaintiff PAUL J. VLASAK, PRO-SE AND MOVES THIS HONORABLE COURT TO DISMISS DEFEDANT GRATIANA HANDY'S REBUTTAL MOTION FILED IN THIS HONORABLE COURT ON 08-01-2025 BY Jack F. Hall (MSB 106482), ATTORNEY FOR THE DEFENDANT GRATIANA HANDY. IN SUPPORT OF THIS MOTION Plaintiff Shows UNTO THE COURT AS FOLLOWS:

(1.) ON 7/18/2025 THIS HONORABLE COURT DIRECTED THE PLAINTIFF TO FILE A RESPONSE TO DEFENDANT HANDY'S MOTION TO DISMISS ON OR BEFORE 8/4/25 SIGNED BY HONORABLE JUDGE ANDREW S. HARRIS ON 7/18/2025. SEE: Exhibit "A".

(2.) ON 7/30/2025 AT 9:17 A.M. CDT LAURA TILEY, ILAP DIRECTOR ELECTRONICALLY FILED ON BEHALF OF PLAINTIFF his SIGNED AND NOTORIZED AND RECORDED IN LOG BOOK A RESPONSE TO DEFENDANT HANDY'S MOTION TO DISMISS WITH CLERK, U.S. DISTRICT COURT. SEE: Exhibit "B", UPLOADED DOCUMENT, CONT.

PG. 1 OF 4

Also on this same date of 7/30/2025, Laura Tiley, ILAP Director, made all necessary copies, signed and notarized, and recorded all three petitions in the official log book, and mailed by United States Postal Service, @ Leaksville, MS., with adequate postage two separate legal envelops, two: *1.) Wise Carter Child and Caraway, PA. - Attn: Charles E. Cowan 401 E. Capital St., Ste. 600, P.O. Box 451, Jackson, Mississippi 39205.

*2.) Gratiana Handy, MCDC Supervisor @ Madison County Detention Center 2935 Hwy. 51, Canton, Mississippi 39046.

3.) So now Jack F. Hall (MSB #104478) on 8/1/2025 filed this rebuttal. This intentional delay tactic is insulting and Plaintiff hereby objects to these false allegations that he has not demonstrated validity of service. When Jack F. Hall, himself has not respected or abided by the Federal Rules of Civil Procedure, by not filing his "Entry of Appearance", not fulfilling his own burden.

Charles E. Cowan provided his personal "Notice of Entry of Appearance", respectfully was submitted, the 1st day of July 2025; Not Jack Hall.

4.) Plaintiff also, for the record objects to Defendant Gratiana Handy, and Wise Carter Child and Caraway PA law firm. Without good cause has not respected this 3/22/2025 Court Summons Order.. "Within 21 days of service of summons described in Fed. R. Civ. P. 12(A)(2) or (3) you 'Must' serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the F.R.C.P. The answer or motion must be served on Pro-Se Plaintiff, whose name and address are: Paul Joseph Vlasak, MDOC# 236470, South Mississippi Correctional Institution, 2-B-1-A, P.O. Box 1419, Leaksville, MS. 39451.

WHEREFORE,

Plaintiff has Absolutely Followed and Respected Each and Every Order of this Honorable Court, All within the Time Allowed on the Court Orders,

Plaintiff Contends That he has Demonstrated a Exceptional, Extraordinary Performance With All his Pro-Se Filings, Motions, Affidavits and has Provided Sufficient Service of Process, and Service of Summons. ThereFore Plaintiff ask this Honorable Court To Dismiss the Rebutal File on 8/1/2025, with Prejudice.

Plaintiff Request That Judgement of Default Be Entered against the Defendant Handy If she Fails to Respond within 21 Days Described in Fed. R. Civ. P. 12(a)(2) or 3. All Partys Need to Respectfully Communicate to Be Able to conclude All Final Remedies.

Respectfully Submitted, This 13th Day of August 2025.

Paul Joseph Vlasak

Paul Joesph Vlasak #236470
PLAINTIFF, Pro-Se @ SMCI-2-B-1-A
P.O.Box 1419 Leaksville, MS. 39451

THE MATTERS AND FACTS SET FORTH IN THE ABOVE AND FOREGOING MOTION ARE TRUE AND CORRECT AS THEREIN STATED.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 13th DAY OF AUGUST 2025

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 198726
MELONIE M. CLARK
Commission Expires
March 11, 2028
GREENE COUNTY

NOTARY

STATE OF MISSISSIPPI
COUNTY OF GREENE

## CERTIFICATE OF SERVICE

I PAUL JOESPH VLASAK, HEREBY CERTIFY THAT ON THIS 13th DAY OF AUGUST 2025, THE FOREGOING PLEADING AND OTHER PAPERS WAS MDOC UPLOADED ELECTRONICALLY FILED WITH THE CLERK, UNITED STATES DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, NORTHERN DIVISION.

A TRUE AND CORRECT COPY OF THE SAME WAS SENT BY UNITED STATES POSTAL SERVICE WITH ADEQUATE POSTAGE TO:
1.) WISE CARTER CHILD, AND CARAWAY, P.A., ATTN: CHARLES E. COWAN @ 401 E. CAPITAL ST., STE. 600, P.O. Box 451, JACKSON, MS. 39205.

AND MAILED TO:
DEFENDANT GRATIANA HANDY, M.C.D.C. SUPERVISOR @
MADISON COUNTY DETENTION CENTER
2935 HWY. 51
CANTON, MISSISSIPPI, 39046.

SO CERTIFIED THIS 13th, DAY OF AUGUST 2025.

PG. 4 OF 4