UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PAUL JOSEPH VLASAK                                                                                    PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:24-CV-194-DPJ-ASH

MARLA HALL
GRATIANA HANDY
VITALCORE HEALTH STRATEGIES                                                              DEFENDANTS

ORDER

Pro se prisoner Paul Joseph Vlasak sued five Defendants alleging that they violated his constitutional right to privacy and his privacy rights under the Health Insurance Portability and Accountability Act. Compl. [1] at 5. Defendant Gratiana Handy, a Mississippi Department of Corrections employee, moved to dismiss under Federal Rule of Civil Procedure 12(b)(5). *See* Def.'s Mot. [38] at 1. For the following reasons, the Court adopts the Report and Recommendation [51] of United States Magistrate Judge Andrew S. Harris, grants Handy's motion to dismiss without prejudice, and allows Vlasak another 30 days to perfect service of process.

Because Vlasak did not seek in forma pauperis status, he was responsible for properly serving Defendants. R&R [51] at 2. As to Handy, he utilized certified mail. *Id.* But Handy claimed in her motion to dismiss that certified mail fails to satisfy Federal Rule of Civil Procedure 4(e). Def.'s Mot. [38] at 1. Judge Harris agreed with Handy, explaining why she had not been properly served. R&R [51] at 5. He also found that granting her Rule 12(b)(5) motion would constitute dismissal with prejudice because the statute of limitations had likely expired. *Id.* at 5–6. For that reason, Judge Harris recommended granting Handy's motion to dismiss without prejudice and giving Vlasak a final 30-day extension to perfect service. *Id.* at 7. Vlasak

objected but never explained why he thought Judge Harris was wrong. *See* Obj. [54]. He also stated that he "is arranging to hire a server," thus suggesting that he would attempt to correctly serve Handy under Rule 4(e). *Id.* at 2.

Vlasak's objection isn't really an objection and offers no basis to reject Judge Harris's recommendation. Nor has Handy objected. Accordingly, the Court adopts the well-reasoned Report and Recommendation [51].

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Report and Recommendation is adopted as the opinion of the Court.

ORDERED that Defendant Gratiana Handy's Motion to Dismiss [38] is granted, and the claim against her is dismissed without prejudice.

AND ORDERED that Plaintiff Paul Joseph Vlasak shall be given a final 30-day extension from the date of this Order to properly serve Handy.

**SO ORDERED AND ADJUDGED** this the 2nd day of March, 2026.

>     s/ *Daniel P. Jordan III*
>     UNITED STATES DISTRICT JUDGE